1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | ANTONIO LUIS WILLIAMS,                    1:07-cv-00909-OWW-NEW (DLB) PC

12 |                                           ORDER VACATING ORDER GRANTING
                       Plaintiff,             APPLICATION TO PROCEED IN FORMA
13 |                                          PAUPERIS AND ORDER DIRECTING
                                              PAYMENT OF INMATE FILING FEE
14 |      v.
                                              (Docs. 5, 6)
15 |
      HAROLD TATE, et al.,                    ORDER DENYING PLAINTIFF'S MOTION TO
16 |                                          PROCEED IN FORMA PAUPERIS AND
                                              REQUIRING PLAINTIFF TO PAY $350.00
17 |                                          FILING FEE IN FULL WITHIN THIRTY DAYS
                                              OR THIS ACTION WILL BE DISMISSED
18 |                    Defendants.
                                              (Doc. 2)
19 | _____/

20

21          Plaintiff Antonio Luis Williams ("plaintiff") is a state prisoner proceeding pro se in this civil

22   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 25, 2007, along with

23   a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  On July 2, 2007, the court

24   issued orders granting plaintiff leave to proceed in forma pauperis and directing the California

25   Department of Corrections to facilitate payment of the filing fee from plaintiff's prison trust account.

26   Further review by the court reveals that plaintiff is not entitled to proceed in forma pauperis.

27   Therefore, the courts orders shall be vacated, and plaintiff's motion to proceed in forma pauperis

28   shall be denied.

1

1    28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n

2  no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

3  prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court

4  of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

5  a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

6  physical injury."  Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for

7  failing to state a claim upon which relief may be granted.[1]  Thus, plaintiff is subject to 28 U.S.C. §

8  1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the

9  complaint is filed, under imminent danger of serious physical injury.

10    Plaintiff has alleged imminent danger.  A review of plaintiff's complaint reveals that the basis

11  for his claims in this action is a conspiracy by defendants to interfere with plaintiff's medical care

12  by deliberately failing to enforce the physician's surgical orders to repair plaintiff's dislocated

13  shoulder.  Plaintiff alleges that defendants transported him to Corcoran District Hospital for surgery,

14  but the surgery was not performed as ordered, leaving plaintiff in the same condition as before, in

15  pain, and unable to exercise.   (Doc. 1, Comp., pgs. 4-7.)  In the attached exhibits, plaintiff also

16  offers evidence of the alleged inadequate medical care of his shoulder.  (Id., pgs. 8-34.)  However,

17  plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of

18  serious physical injury.  Therefore, plaintiff may not proceed in forma pauperis in this action, and

19  must submit the appropriate filing fee in order to proceed with this action.

20    Based on the foregoing, it is HEREBY ORDERED that:

21  1.    Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis

22        in this action;

23  2.    Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days**;

24  3.    The Clerk of Court is directed to serve a copy of this order on the Director of the

25        California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento,

26

27    [1] The Court takes judicial notice of 4:04-cv-00782-CW Williams v. McGrath, et al (N.D. Cal.) (dismissed
     for failure to state a claim on 06/25/2004), 4:04-cv-02543-CW Williams v. Hagar, et al. (N.D. Cal.) (dismissed for
28   failure to state a claim on 11/10/2004), and 1:06-cv-01097-OWW-DLB Williams v. Wunderlich, et al. (E.D. Cal.)
     (dismissed for failure to state a claim on 10/05/2006).

1    California 95814;

2    4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

3          Department, U.S. District Court, Eastern District of California, Fresno Division; and

4    5.    If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will

5          be dismissed, without prejudice.

6    IT IS SO ORDERED.

7    **Dated:    July 6, 2007**                        **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3